

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2016

No. 04-16-00065-CV

Hugo Xavier **DE LOS SANTOS**,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-20086
Honorable Tonya Parker, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on May 4, 2016. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief by forty-five days to June 20, 2016. On June 16, 2016, the appellant filed an unopposed motion requesting an additional sixty-day extension of time to file the brief until August 19, 2016, for a total extension of 105 days. The appellant's second motion explains that damage to his home during severe storms interfered with his ability to complete the brief. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by August 19, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court